IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MOHAMMED LEE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 13-0486 |
| MAJOR ABELLOS, et al., | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 10th day of December, 2014, upon consideration of Defendants, City of Philadelphia, Commissioner Louis Giorla, Deputy Commissioner Clyde Gainey, Warden John Delaney, Deputy Warden Frederick Abellos, Deputy Warden Gerald May, Correctional Lieutenant Elizabeth Henry, Correctional Sergeant Brown, and Dr. Bruce Herdman's (collectively, the "Municipal Defendants"), Motion for Summary Judgment (Doc. No. 55) against Plaintiff, Michael Mohammed Lee ("Plaintiff"), Plaintiff's Response, and the Municipal Defendants' Reply, it is hereby **ORDERED** that said Motion is **GRANTED** in its entirety. All of the above-named Defendants are dismissed from this case.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE