IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MOHAMMED LEE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 13-0486 |
| MAJOR ABELLOS, et al., | : | |
| Defendants. | : | |

**FILED**
DEC 1 9 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

**AND NOW**, this *19th* day of December, 2014, upon consideration of Defendants, Corizon Health, Inc. and Helen Sarskaya's (collectively, the "Defendants"), Motion for Summary Judgment (Doc. No. 57) against Plaintiff, Michael Mohammed Lee ("Plaintiff"), and Plaintiff's Response, it is hereby **ORDERED** that said Motion is **GRANTED** in its entirety. Both of the above-named Defendants are dismissed from this case.

BY THE COURT:

*/s/ Robert F. Kelly*
ROBERT F. KELLY
SENIOR JUDGE