IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MOHAMMED LEE, : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | No. 13-0486 |
| MAJOR ABELLOS, et al., : | |
| Defendants. : | |

# O R D E R

**AND NOW**, this 12th day of January, 2015, upon consideration of Defendants, Dr. Eke Kalu and Dr. Bruce Blatt's, Motion for Summary Judgment (Doc. No. 53) against Plaintiff, Michael Mohammed Lee ("Plaintiff"), and Plaintiff's Response in opposition, it is hereby **ORDERED** that said Motion is **GRANTED** in its entirety. Both of the above-named Defendants are dismissed from this case.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE